No. 3294.—López Díaz, Aplte.-Apdo., v. Posada, Aplte.-Apdo.—C. D. San Juan, Distrito 2º. *Injunction.* Junio 10, 1924.

Vistas las alegaciones de las partes incluso la contenida en la súplica de la contestación a la demanda y el caso de *Ortiz* v. *Silva,* 28 D.P.R. 417, y no habiéndose elevado a esta corte ninguna exposición del caso, se modifica la sentencia apelada que dictó la C. D. de San Juan, Distrito Segundo, en el sentido de eliminar de la misma las palabras "sin especial condenación de costas," sustituyéndolas con éstas: "imponiéndose las costas al demandante, pero sin honorarios de abogado," y así modificada se confirma dicha sentencia.